No. 00–776. MORGAN STANLEY DEAN WITTER & CO. *v.* ROSKIND. Ct. App. Cal., 1st App. Dist. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 00–831. MAY *v.* HARRIS, SECRETARY OF STATE OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari before judgment denied.

No. 00–7022. ALFORD *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.